AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Peninsula Petroleum Far East Pte. Ltd. | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 1:22-cv-20230-DPG |
| v. | ) | |
| M/V CRYSTAL SYMPHONY, Crystal Cruises, LLC, Star Cruises (HK) Limited | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Crystal Cruises, LLC
1501 Biscayne Blvd #501, Miami, FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jonathan S. Cooper, Robert W. Blanck, Blanck & Cooper, P.A., 5730 SW 74th Street, Suite 700, Miami, FL 33143; J. Stephen Simms, Simms Showers LLP, 201 International Circle, Suite 230, Baltimore, Maryland 21030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 20, 2022

Angela E. Noble
Clerk of Court

s/ M. Brown
Deputy Clerk
U.S. District Courts