UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO.:1:22-cv-20230-DPG

PENINSULA PETROLEUM FAR EAST PTE. LTD.

    Plaintiff,

vs.

M/V CRYSTAL SYMPHONY, its
Engines, tackle, apparel, *et al*

    Defendant *in rem*, and

CRYSTAL CRUISES, LLC.
STAR CRUISES (HK) LIMITED.

    Defendants *in personam*.
_____/

**MOTION AND MEMORANDUM FOR ISSUE OF WARRANT
FOR ARREST OF VESSEL, *IN REM***

    Plaintiff Peninsula Petroleum Far East Pte. Ltd. ("Peninsula") hereby moves this Court, pursuant to Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure to issue a warrant for arrest of the M/V CRYSTAL SYMPHONY, *in rem* ("Vessel") and in further support, in addition to the Verified Complaint filed herewith, states as follows:

    1.    Peninsula provided marine fuel, a maritime necessity, to the Vessel on the order of the Vessel's charterers or managers, Crystal Cruises, LLC ("Crystal") and Star Cruises (HK) Limited ("Star").

    2.    Peninsula invoiced Crystal and Star, respectively, for those deliveries. To date, those invoices remain unpaid.

CASE NO.:1:22-cv-20230-XXXX
Page -2-

3. Peninsula has a valid maritime claim and lien against the Vessel for breach of maritime contract arising from non-payment for the maritime necessaries provided to the Vessel.

4. Supplemental Rule C(1) provides that an action in rem may be brought "to enforce any maritime lien," or "[w]henever a statute of the United States provides for a maritime action *in rem* or proceeding analogous thereto."

5. Supplemental Rule C(3)(a)(ii)(A) provides that where a maritime lien is sought to be enforced by an action *in rem*, the Court must review the complaint and any supporting papers. If the conditions for an *in rem* action appear to exist, the court must issue an order directing the clerk to issue a warrant for the arrest of the Vessel or other property that is the subject of the action.

6. The conditions for an *in rem* action against the Vessel having been met, and the grounds for the issuance of a warrant of arrest having been established, Plaintiff respectfully requests that an Order be entered directing the clerk of the Court to issue a warrant for the arrest of the Vessel.

WHEREFORE, Plaintiff prays that this Court enter an order in the form attached hereto, directing the Clerk of the Court to issue a warrant for the arrest of the Vessel and to deliver said warrant to the United States Marshal for execution, and all other relief that justice and equity allow.

A proposed Order and Warrant for Arrest are attached hereto.

Dated: January 20, 2022

| | |
|---|---|
| BLANCK & COOPER, P.A.<br>5730 S.W. 74th Street, Suite #700<br>Miami, Florida 33143<br>Phone: (305) 663-0177<br>CELL:: (305) 283-5390 | /s/ J. Stephen Simms<br>J. Stephen Simms<br>(*pro hac vice* motion to be filed)<br>Simms Showers LLP<br>201 International Circle, Suite 230<br>Baltimore, Maryland 21030 |

|  |  |
|---|---|
| **BY:** //S//Jonathan S. Cooper, Esq.<br>Jonathan S. Cooper, Esq.<br>Florida Bar Number: 99376<br>Email: jcooper@shiplawusa.com | Telephone: (410) 783-5795<br>CELL: (410) 365-6131<br>jssimms@simmsshowers.com |

Attorneys for Plaintiff Peninsula

8032/MotionMemoForWarrant