UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO.:1:22-cv-20230-DPG

PENINSULA PETROLEUM FAR EAST PTE. LTD.

    Plaintiff,
v.

M/V CRYSTAL SYMPHONY, its
Engines, tackle, apparel, *et al*

    Defendant *in rem*, and

CRYSTAL CRUISES, LLC.
STAR CRUISES (HK) LIMITED.

    Defendants *in personam*.
_____/

**ORDER FOR ISSUE OF WARRANT**
**FOR ARREST OF VESSEL, *IN REM***

**THIS CAUSE** came before the Court upon Plaintiff's Motion and Memorandum for Issue of Warrant for Arrest of Vessel, *In Rem*. [ECF No. 5]. The Court has reviewed the Motion, the Verified Complaint, and the record and is otherwise fully advised. Based thereon, the Court finds that the conditions required by Supplemental Rule for Certain Admiralty and Maritime Claims C exist. Accordingly, it is

**ORDERED** that the Clerk issue a Warrant of Arrest *in rem* for the M/V CRYSTAL SYMPHONY ("Vessel") pursuant to Supplemental Rule C(3)(a), providing for the arrest by plaintiff of the Vessel *in rem*; and it is further,

**ORDERED** that the Vessel may be released from seizure without further order of this

Court if the United States Marshal (or Custodian or husbanding agent of the Vessel, as applicable) receives written authorization from the counsel who requested the arrest or other counsel of record representing Plaintiff in this action, and such counsel advises that counsel has conferred with all counsel representing the parties to the litigation and they consent to the release, if the attorney files the consent, and the Court has not entered an Order to the Contrary.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of January, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE