UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO.:1:22-cv-20230-DPG

**FILED BY** ___LS___ **D.C.**

**Jan 20, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Lauderdale

Peninsula Petroleum Far East Pte. Ltd.

    Plaintiff,

v.

M/V CRYSTAL SYMPHONY, its
Engines, tackle, apparel, *et al*

    Defendants, *et al*.
_____/

## WARRANT FOR ARREST IN REM

TO THE UNITED STATES MARSHAL FOR THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

    The complaint in the above-styled in rem proceeding was filed in the Miami Division of this Court on January 19, 2022.

    In accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Defendant vessel, her boats, tackle, apparel and furniture, engines and appurtenances, and to detain the same in your custody pending further order of the Court.

    You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

    ORDERED at Fort Lauderdale, Florida, this __20th_____ day of January, 2022.

*Angela E. Noble*



By: *Lisa J. Streets*
     DEPUTY CLERK

CASE NO.:1:22-cv-20230-XXXX
PAGE -2-

BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite #700
Miami, Florida 33143
Phone: (305) 663-0177
CELL: (305) 283-5390

***Jonathan S. Cooper, Esq.***
Florida Bar Number: 99376
Email: jcooper@shiplawusa.com

Attorneys for Plaintiff Peninsula

cc: Counsel of Record

## SPECIAL NOTICE

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within fourteen (14) days after process has been executed, and shall also be required to file an answer within twenty-one (21) days after the filing of this claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).

Effective Dec. 1, 1994. Amended effective April 15, 2001; April 15, 2007; April 15, 2010; April 15, 2011.